Certificate Number: 03088-NV-CC-040001201



03088-NV-CC-040001201

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 20, 2025, at 2:18 o'clock PM CDT, Elise A Ditlove received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  August 20, 2025            By:    /s/Ana  Avalos

                                  Name:  Ana  Avalos

                                  Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).